# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHEN JENKINS,**
        **Plaintiff,**

v.                                                 **Case No: 6:16-cv-740-Orl-28TBS**

**CITIBANK, N.A.,**
        **Defendant.**

## ORDER

This case is before the Court on the Stipulation to Stay Case and Compel Arbitration (Doc. 22). Upon consideration, it is **ORDERED** as follows:

1. The Stipulation to Stay Case and Compel Arbitration (Doc. 22), which the Court construes as an agreed motion to stay and to compel arbitration, is **GRANTED**.

2. Plaintiff shall advance the claims he has asserted in this lawsuit via binding arbitration as provided for in the governing Arbitration Agreement.

3. This case is **STAYED** pending arbitration.

4. The Clerk is directed to administratively close this file.

5. Plaintiff shall file a status report on September 9, 2016, and every sixty days thereafter until the completion of arbitration.

**DONE** and **ORDERED** in Orlando, Florida, on July 6, 2016.

ANNE C. CONWAY
United States District Judge
Signed in the absence of and at the direction of
Judge John Antoon II

Copies furnished to:
Counsel of Record