UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| STEPHEN JENKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:16-CV-740-Orl-28-GJK |
| CITIBANK, N.A., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, STEPHEN JENKINS ("Plaintiff"), by and through the undersigned counsel, hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: November 28, 2016

/s/ Stephen R. Caplan
Stephen R. Caplan
FBN: 835153
Caplan & Associates, P.A,
31 N Hyer Ave
Orlando, FL 32801
Telephone:  407-872-6249
Telefax:  407-425-1501
SCaplan@caplan-associatespa.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                    /s/ Stephen R. Caplan
                                                    Stephen R. Caplan