**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| STEPHEN JENKINS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-CV-740-Orl-28-GJK |
| ) | |
| CITIBANK, N.A., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, STEPHEN JENKINS ("Plaintiff"), and Defendant, CITIBANK, N.A. ("Defendant"), hereby stipulate and give notice of the dismissal of this action, with prejudice, with each party to bear its own fees and costs.

Agreed to this __27__ day of December, 2016

Dated: December 27, 2016    Respectfully Submitted,

By: /s/ Stephen R. Caplan
Stephen R. Caplan
Caplan & Associates, PA
31 N Hyer Ave
Orlando, FL 32801
407/872-6249
Fax: 407/425-1501
Email: scaplan860@aol.com

ATTORNEY FOR PLAINTIFF

Dated: December 27, 2016    Respectfully Submitted,

      By: /s/  Jacob Aaron Brown

      Jacob Aaron Brown
      Akerman LLP
      Suite 3100
      50 N. Laura Street
      Jacksonville, FL 32202-3659
      904/798-3700
      Fax: 904/798-3730
      Email: jacob.brown@akerman.com

      John L. Dicks , II
      Akerman LLP
      401 E Jackson St Ste 1700
      Tampa, FL 33602-5250
      813/223-7333
      Fax: 813/223-2837
      Email: john.dicks@akerman.com

      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2016, I electronically filed the foregoing Stipulation

3

of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Stephen R. Caplan
Stephen R. Caplan
Attorney for Plaintiff
